**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**WILLIE LEE TOY, SR.**                                                   **PLAINTIFF**

**VS.**                                              **CIVIL ACTION NO.: 4:24-CV-26-DMB-JMV**

**TAMEKA JONES, ET AL.**                                     **DEFENDANTS**

**ORDER STAYING CERTAIN PROCEEDINGS**

Local Uniform Civil Rule 16(b)(3)(B) provides that "[f]iling . . . a motion asserting a . . . jurisdictional defense stays the attorney conference and disclosure requirements and all discovery, pending the court's ruling on the motion, including any appeal." L.U. CIV. R. 16(b)(3)(B). Because Defendants have filed a motion to dismiss for insufficient service of process [9], staying certain proceedings is appropriate.

**IT IS, THEREFORE, ORDERED** that the aforementioned proceedings are hereby **STAYED** in accordance with the above local rule pending a ruling on the motion to dismiss for insufficient service of process [9]. Defendants shall notify the undersigned magistrate judge within seven (7) days of a decision on the motion to dismiss and shall submit a proposed order lifting the stay.

**SO ORDERED** this, the 29th day of May, 2024.

                                                         /s/ Jane M. Virden
                                                         **UNITED STATES MAGISTRATE JUDGE**